IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALE J. GENTRY,

    Petitioner,                                           JUDGMENT IN A CIVIL CASE

v.                                                              Case No. 11-cv-743-wmc

DANIEL WESTFIELD, Warden,
Oakhill Correctional Institution,

    Respondent.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition filed by Dale J. Gentry for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 for lack of jurisdiction, and alternatively, as unexhausted and barred by the doctrine of procedural default.

| /s/ | 1/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |